# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 22-61154 MAW | Trustee: | (550220) | JOSIAH L. MASON |
|---|---|---|---|---|
| Case Name: | RAMSEY, NICOLE ALLISON | Filed (f) or Converted (c): | 11/11/22 (f) | |
| | | §341(a) Meeting Date: | 12/29/22 | |
| Period Ending: | 03/31/23 | Claims Bar Date: | 06/26/23 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1998 Chevy GMT-400, 305250 miles, Extensive Rust<br>Imported from original petition Doc# 1 | 5,130.00 | 0.00 | | 0.00 | FA |
| 2 | 2005 Ford Mustang, 142200 miles, Salvage Rebuild<br>Imported from original petition Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 3 | Sofa<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Coffee Table<br>Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 5 | rocking Chair<br>Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 6 | Bedroom Suite- Bed Dresser Chest of Drawer and N<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | TVs- 4<br>Imported from original petition Doc# 1 | 525.00 | 0.00 | | 0.00 | FA |
| 8 | Clock x 2<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 9 | Lamps x 3<br>Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |
| 10 | Washer<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 11 | Dryer<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |

22-61154-maw    Doc 21    FILED 04/26/23    ENTERED 04/26/23 09:34:38    Page 1 of 7    Printed: 04/26/2023 09:08 AM    V.20.50

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 22-61154 MAW | Trustee: | (550220) | JOSIAH L. MASON |
|---|---|---|---|---|
| Case Name: | RAMSEY, NICOLE ALLISON | Filed (f) or Converted (c): | 11/11/22 (f) | |
| | | §341(a) Meeting Date: | 12/29/22 | |
| Period Ending: | 03/31/23 | Claims Bar Date: | 06/26/23 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Freezer x 2<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 13 | Weed Eaters x 2<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 14 | Beds x 2<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 15 | Dressers x 4<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 16 | Stove<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 17 | Refrigerator<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 18 | Dishwasher<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 19 | Microwave<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 20 | Toaster<br>Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 21 | Blender<br>Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 22 | Pots and Pans<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 22-61154 MAW  
**Case Name:** RAMSEY, NICOLE ALLISON  

**Period Ending:** 03/31/23

**Trustee:** (550220) JOSIAH L. MASON  
**Filed (f) or Converted (c):** 11/11/22 (f)  
**§341(a) Meeting Date:** 12/29/22  
**Claims Bar Date:** 06/26/23

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 23 | Dishes<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 24 | Glasses<br>Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 25 | Table and Chairs<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 26 | Household pictures x 5<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 27 | Desk<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 28 | 5000W Gas Generator Snapper<br>Imported from original petition Doc# 1 | 450.00 | 0.00 | | 0.00 | FA |
| 29 | Stereo<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 30 | VCR/DVD<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 31 | Computer<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 32 | Printer<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 33 | Towels x 12<br>Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |

22-61154-maw    Doc 21    FILED 04/26/23    ENTERED 04/26/23 09:34:38    Page 3 of 7    Printed: 04/26/2023 09:08 AM    V.20.50

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 22-61154 MAW
**Case Name:** RAMSEY, NICOLE ALLISON

**Period Ending:** 03/31/23

**Trustee:** (550220)   JOSIAH L. MASON
**Filed (f) or Converted (c):** 11/11/22 (f)
**§341(a) Meeting Date:** 12/29/22
**Claims Bar Date:** 06/26/23

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 34 | Linens x 3 sets<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 35 | Toiletries/Sundries<br>Imported from original petition Doc# 1 | 30.00 | 0.00 | | 0.00 | FA |
| 36 | BB GUN<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 37 | Bikes x 4<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 38 | Childrens Toys<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 39 | 20 Blouses<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 40 | 10 Pair of Slacks<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 41 | 4 Dresses<br>Imported from original petition Doc# 1 | 60.00 | 0.00 | | 0.00 | FA |
| 42 | 10 Skirts<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 43 | Shoes x 5<br>Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |
| 44 | Purses x 2<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 22-61154 MAW  
**Case Name:** RAMSEY, NICOLE ALLISON  

**Period Ending:** 03/31/23

**Trustee:** (550220)   JOSIAH L. MASON  
**Filed (f) or Converted (c):** 11/11/22 (f)  
**§341(a) Meeting Date:** 12/29/22  
**Claims Bar Date:** 06/26/23

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 45 | Intimates x 10<br>Imported from original petition Doc# 1 | 30.00 | 0.00 | | 0.00 | FA |
| 46 | Childs Clothing- Shirts x 24<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 47 | Childs Clothing Pansts x 24<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 48 | Childrens shoes x 10<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 49 | Childrens socks/intimates x 24<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 50 | Childrens Gloves x 4<br>Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 51 | Childrens Coats x 4<br>Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 52 | Cash<br>Imported from original petition Doc# 1 | 5.00 | 0.00 | | 0.00 | FA |
| 53 | Checking: First Federal Community Bank<br>Imported from original petition Doc# 1 | 265.00 | 0.00 | | 0.00 | FA |
| 54 | Savings: First Federal Community Bank<br>Imported from original petition Doc# 1 | 210.00 | 0.00 | | 0.00 | FA |
| 55 | Checking Account: Chime<br>Imported from original petition Doc# 1 | 3.12 | 0.00 | | 0.00 | FA |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 22-61154 MAW | Trustee: | (550220) | JOSIAH L. MASON |
| --- | --- | --- | --- | --- |
| Case Name: | RAMSEY, NICOLE ALLISON | Filed (f) or Converted (c): | 11/11/22 (f) | |
| | | §341(a) Meeting Date: | 12/29/22 | |
| Period Ending: | 03/31/23 | Claims Bar Date: | 06/26/23 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 56 | Craftsman Model 2523446 268 PC Tool Set w/Case  Imported from original petition Doc# 1 | 419.00 | 0.00 | | 0.00 | FA |
| 57 | Torin 1600306 42" 2 Piece Cabinet  Imported from original petition Doc# 1 | 1,229.00 | 0.00 | | 0.00 | FA |
| 58 | NON-EXEMPT INCOME TAX REFUND (u) | 0.00 | 1,505.47 | | 1,505.47 | FA |
| 58 | **Assets** **Totals** (Excluding unknown values) | **$15,646.12** | **$1,505.47** | | **$1,505.47** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/30/23 AWAITING BAR DATE

03/03/23 RECEIVED NON-EXEMPT TAX REFUND FROM DEBTOR

| | |
| --- | --- |
| **Initial Projected Date Of Final Report (TFR):** June 7, 2023 | **Current Projected Date Of Final Report (TFR):** July 7, 2023 |

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 22-61154 MAW | | Trustee: | JOSIAH L. MASON (550220) |
|---|---|---|---|---|
| Case Name: | RAMSEY, NICOLE ALLISON | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******2518 - Checking Account |
| Taxpayer ID #: | **-***4318 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 03/31/23 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/23 | {58} | NICOLE RAMSEY | NON-EXEMPT INCOME TAX REFUND | 1224-000 | 1,505.47 | | 1,505.47 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,500.47 |
| | | | **ACCOUNT TOTALS** | | **1,505.47** | **5.00** | **$1,500.47** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **1,505.47** | **5.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,505.47** | **$5.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2518** | 1,505.47 | 5.00 | 1,500.47 |
| | $1,505.47 | $5.00 | $1,500.47 |

{} Asset reference(s)  22-61154-maw  Doc 21  FILED 04/26/23  ENTERED 04/26/23 09:34:38  Page 7 of 7  Printed: 04/26/2023 09:08 AM  V.20.50